**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TORRES CUSTODIO PADILLA, | ) NO. CV 11-8123-ABC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| J. TIM OCHOA, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 10, 2011

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE