**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TORRES CUSTODIO PADILLA,<br><br>        Petitioner,<br><br>  v.<br><br>J. TIM OCHOA, WARDEN,<br><br>        Respondent. | NO. CV 11-8123-ABC (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 10, 2011

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE